UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

WISCONSIN CARRY, INC., and
KRYSTA SUTTERFIELD,

          Plaintiffs,

v.                                       Case No. 10-CV-881

CITY OF BROOKFIELD, GRANT B. PALICK,
MARK A. TUSHAUS, RONALD N. BETHIA,
and SARAH J. MORK,

          Defendants.

_____

## ORDER

The parties having consented to the exercise of jurisdiction by the magistrate judge,

**IT IS HEREBY ORDERED** that pursuant to General Local Rule 73.1 this action be and the same is herewith transferred to United States Magistrate Judge Patricia J. Gorence for all further proceedings.

Dated at Milwaukee, Wisconsin, on November 18, 2010.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge