UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARRY, INC., and
KRYSTA SUTTERFIELD,

        Plaintiffs,

v.　　　　　　　　　　　　　　　　　Case No. 10-CV-881

CITY OF BROOKFIELD,
GRANT B. PALICK,
MARK A. TUSHAUS,
RONALD N. BETHIA, and
SARAH J. MORK,

        Defendants.

---

**JOINT RULE 26(f) REPORT**

---

Pursuant to the Court's Order [Doc. 3] for counsel to conduct a discovery conference and file a report, counsel for the parties met on November 17, 2010 in Milwaukee. Plaintiffs were represented by Attorney John R. Monroe, and Defendants were represented by Attorney Kevin P. Reak. As a result of the meeting, the Parties report as follows:

    1. The Parties will explore settlement and will consideration mediation at a later date. The Parties consent to the exercise of the jurisdiction of the magistrate over this case rather than the district judge and have filed Consents to Proceed.

    2. The Parties shall submit their initial disclosures under Fed.R.Civ.P. 26 by December 20, 2010.

    3. The Parties do not anticipate any issues with preservation of discoverable information.

1

4. The Parties do not anticipate adding parties or amending the pleadings, but the Parties agree to file any such amendments, with no further leave of the court required, by December 31, 2010.

5. The Parties agree to complete discovery by June 1, 2011. In order to meet this deadline, the Parties agree that all written discovery requests must be submitted by May 1, 2011. The Parties do not believe that discovery should be limited to particular issues or conducted in phases.

6. Plaintiffs do not intend to call expert witnesses.

7. Defendants agree to disclose their expert witnesses, if any, including their experts' reports by February 1, 2011.

8. The Parties do not anticipate the need for special limitations on discovery or unusual claims of privilege.

9. The Parties anticipate the liability issues in this case may be conducive to decision on motions for summary judgment. The Parties agree to submit such motions by June 30, 2011.

10. The Parties attach to this report a Proposed Scheduling Order, the form of which has been approved by all parties.

| | |
|---|---|
| Dated:   11/19/10 | Dated:   11/29/10 |
| JOHN R. MONROE<br>Attorney for Plaintiffs | GUNTA & REAK, S.C.<br>Attorneys for Defendants |
| /s/ John R. Monroe<br>John R. Monroe<br>9640 Coleman Road<br>Roswell, Georgia 30075<br>Telephone: (678) 362-7650<br>Facsimile: (770) 552-9318<br>E-mail: john.monroe1@earthlink.net | /s/ Kevin P. Reak<br>Kevin P. Reak, WI Bar No. 1004316<br>219 North Milwaukee Street, Fifth Floor<br>Milwaukee, Wisconsin 53202<br>Telephone: (414) 291-7979<br>Facsimile: (414) 291-7960<br>E-mail: kpr@gunta-reak.com |