IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| WISCONSIN CARRY, INC., | ) | |
| And | ) | |
| KRYSTA SUTTERFIELD | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 2:10-CV-881-JPS |
| | ) | |
| CITY OF BROOKFIELD, | ) | |
| GRANT B. PALICK, | ) | |
| MARK A. TUSHAUS, | ) | |
| RONALD N. BETHIA, | ) | |
| And | ) | |
| SARAH J. MORK, | ) | |
| Defendants. | ) | |

## PLAINTIFFS' ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiffs Wisconsin Carry, Inc. and Krysta Sutterfield hereby accept the Offer of Judgment Dated December 20, 2010 [Doc. 9] by all Defendants.

Dated December 20, 2010.

JOHN R. MONROE,

___/s/ John R. Monroe_____
John R. Monroe

–1–

Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
john.monroe1@earthlink.net

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on December 20, 2010, I served a copy of the foregoing via the ECF system on:

Kevin P. Reak
kpr@gunta-reak.com
Attorney for Defendants

/s/ John R. Monroe
John R. Monroe
